# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
JAN 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>JASON SOLOMON<br><br>*Defendant(s)* | Case No.<br><br>2:18-MJ-6   KJN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 11, 2016 through January 9, 2018  in the county of  San Joaquin  in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2);<br>18 U.S.C. § 2252(a)(4)(B) | Distribution of Child Pornography;<br>Possession of Child Pornography. |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Velice BetSayad, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 10, 2018

_____
*Judge's signature*

City and state:   Sacramento, California       Kendall J. Newman, U.S. Magistrate Judge
                                                *Printed name and title*

## Affidavit in Support of a Criminal Complaint

I, Velice BetSayad, being duly sworn, hereby depose and state:

## Purpose

1. This affidavit is submitted in support of a criminal complaint and a request for an arrest warrant for:

## JASON SOLOMON

For the following federal law violations:

a. 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

b. 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

## Agent Background

2. I am a Special Agent of the Federal Bureau of Investigation, and have been since November 18, 2016. I am currently assigned to the Sacramento Division, Stockton Resident Agency. I attended more than 20 weeks of training at the FBI Academy in Quantico, Virginia and received training in areas including cybercrime and criminal investigations. As an FBI Special Agent, I have investigated federal criminal violations related to child exploitation and child pornography.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the criminal complaint and requested arrest warrant and does not set forth all of my knowledge about this matter.

## Statement of Probable Cause

4. The investigation regarding JASON SOLOMON arose from information gathered during an investigation initiated by the Pennsylvania Attorney General's Office. The Pennsylvania Attorney General's Office was investigating a report that a then-15 year old girl was sexually exploited by at least two adult men in Pennsylvania. During the course of the investigation, law enforcement officers reviewed the victim's cell phone. An investigator found evidence that the victim communicated with several individuals on the Kik messaging

1

application.[1] Many of the people with whom the victim communicated appeared to be adult men. Some of these individuals, including the victim, belonged to Kik groups in which the members of the group posted sexually explicit photos and videos of children.

5.   On September 14, 2016, a law enforcement officer interviewed the victim. The victim was then 15 years old. The victim gave law enforcement officers her Kik profile information. Law enforcement officers reviewed the victim's cell phone and identified Kik chats between the victim's account and Kik accounts "6bigmick9" and "Bigmick69696 Mick Micky." Set forth below are excerpts of Kik chats between the victim's account and the aforementioned accounts:

**Kik Chat on July 11, 2016**

6bigmick9:  I am already missing you

6bigmick9:  I love the pics you posted in the group chat room

Victim:  Thx

6bigmick9:  I wish I was there to satisfy you

6bigmick9:  Absolutely you have the perfect pussy love to your tits too

6bigmick9:  I'd go down on you till you can't take it anymore

Victim:  Ur fine

6bigmick9:  I'm getting ready to jump in the shower

6bigmick9:  I live in Northern California how about you

Victim:  Pa

6bigmick9:  Nice

6bigmick9:  Is there any way I can see more of you

**Kik Chat on July 13, 2016**

6bigmick9:  You like to go swimming

Victim:  Ye

Victim:  Do you have kids

6bigmick9:  Yes one she's back at the camper. Didn't want to go swimming. She's 15

6bigmick9:  I'm wishing I have you and my daughter together ;) <3

---

[1] Kik is a social media application that allows users to chat and send photos and video.

2

Victim: Yea

**Kik Chat on July 14, 2016**

6bigmick9: if I was your parent is let you run around the house naked and we would have fun

Victim: Awe really

6bigmick9: Do you like being naked

Victim: Yuo

Victim: Yup

6bigmick9: I'd never get tired of seeing you naked

Victim: Hehe

6bigmick9: My dick is getting hard thinking about you naked

**Kik Chat on July 15, 2016**

6bigmick9: d6013a3bd3d96f615aeaed77d677979

[Affiant Note: This file is a photo focused on a completely nude prepubescent female who is leaning back in a beach chair. The child's legs are spread apart almost as wide as possible and in a way that exposes her genital region. Her arms are resting on the arms of the chair and her chest is exposed.]

6bigmick9: I'd love to have her and you at the same time

6bigmick9: Is that ok

Victim: Yup

6bigmick9: You two can be my breakfast

**Kik Chat on July 17, 2016**

Victim: Yea

6bigmick9: 4b1088a36a7681f3e5c9c6be47c2fd4a

[Affiant Note: This file is a photo focused on three completely nude prepubescent females and one toddler posing with their chests and genitals exposed. The toddler's arms are being stretched by the older prepubescent female, who is flanked on both sides by completely nude prepubescent females.]

3

6bigmick9:  d627c0f9c5d533539653fd613ac4b486

[Affiant Note: This file is a photo focused on two completely nude prepubescent females. The chest and genitals of both females are exposed.]

6bigmick9:  21ecb5dad350d24b678ea82c78e7261

[Affiant Note: This file is a photo focused on an adult male and a minor female. The child is in the front passenger seat of a vehicle. The adult male's penis is exposed and the minor female has her hand on the adult male's penis.]

**Kik Chat on July 21, 2016**

Bigmick69696 Mick Micky:  Hi Melissa this is 6bigmick9 kik shut down that account so

I had to open a new one.

**Kik Chat on September 3, 2016**

Bigmick69696 Mick Micky:  You're 14 if I remember

Victim:  Nope

Victim:  I turned 15 the 28th of [month][2]

Bigmick69696 Mick Micky:  Well happy birthday

Victim:  : D :*

      6.     Kik Inc. provided subscriber data for the account 6bigmick9. Kik supplied the related email account and IP address used to access the 6bigmick9 account. The related email account is 6bigmick9@gmail.com. The IP address used to access the Kik account 6bigmick9 on July 21, 2016 was 76.125.35.220.

      7.     On August 24, 2017, agents received subscriber information from Google Inc. for the email address 6bigmick9@gmail.com. Subscriber information included IP logs showing that the email account 6bigmick@gmail.com was accessed through IP address 76.125.35.220 on July 5, 2017 at 08:55:57.

      8.     Agents determined that Comcast Corporation administered IP address 76.125.35.220 on July 5, 2017.[3] On October 18, 2017, Comcast provided account information for IP address 76.125.35.220, which was used on July 5, 2017 at 08:55:57 to access email account 6bigmick9@gmail.com. According to Comcast records, the account subscriber was SOLOMON's wife and the listed address was 2408 N. Center Street, Stockton, California.

---

[2] Reference to the victim's month of birth has been omitted to protect the victim's identity.
[3] Agents were not able to obtain records regarding the subscriber to whom the IP address 76.125.35.220 was assigned on July 21, 2016.

4

9. Agents conducted a search of the Consolidating Lead Evaluating and Reporting (CLEAR) service database and found information identifying SOLOMON and his wife. The database indicated that SOLOMON and his wife reside at the same residence, 2408 N. Center Street, Stockton, California.

10. Agents reviewed a California Department of Motor Vehicles photo of SOLOMON. Agents found that SOLOMON resembles a man depicted in selfie-style photos found within the Kik messages between Kik account 6bigmick9 and the victim.

11. On January 2, 2018, agents observed a silver Ford Focus sedan with California license plate 5MPW189 parked on the street directly in front of 2408 N. Center Street, Stockton, California. California DMV records indicate that the registered owners of this vehicle are SOLOMON and his wife at 2408 N. Center Street, Stockton California.

12. On January 9, 2018, agents searched the residence located at 2408 N. Center Street in Stockton, California, pursuant to a federal search warrant. During the search, agents found several firearms that are registered to SOLOMON. Also during the search, SOLOMON's wife told agents that SOLOMON lives at the residence.

13. On January 9, 2018, agents located SOLOMON in Stockton, California. SOLOMON was sitting in a truck owned by his employer. SOLOMON gave agents permission to look inside the truck. Inside the truck, agents found, among other things, a Samsung tablet, serial number R52H403Q1TZ. The tablet indicates that it was manufactured in Vietnam. SOLOMON agreed to accompany agents to a Stockton police station, where agents advised SOLOMON of his *Miranda* rights. SOLOMON subsequently agreed to be interviewed by agents.

14. During the interview, SOLOMON gave agents oral and written consent to search the Samsung tablet. SOLOMON also told agents that he collects nude images of children engaged in sexual conduct. SOLOMON acknowledged that the Kik accounts 6bigmick9 and Bigmick69696 Mick Micky belong to him. SOLOMON indicated that he has asked children as young as 12 years old to send him nude photos of themselves.

15. Agents reviewed some of the contents of the Samsung tablet. On that device, agents found videos of nude children engaged in sexually explicit conduct, including violent depictions of child pornography and infants being sexually abused. One file found on the Samsung tablet, file name Babyj_Super_Hot_5Yo(2).mp4, is a 21 minute and 18 second video, which depicts a prepubescent female in several scenes during which an adult male uses his penis to penetrate the child vaginally and anally. In one scene, the prepubescent female is penetrated vaginally with a Sharpie marker.

16. On January 9, 2018, agents executed a probable cause arrest of SOLOMON for violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).

## Conclusion

17. For the reasons described above, I respectfully submit there is probable cause to believe that JASON SOLOMON did commit the following federal law violations:

    a.   18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

    b.   18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Special Agent Velice BetSayad
Federal Bureau of Investigation

Subscribed and sworn to before me on January 10, 2018,

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

Brian A. Fogerty
Assistant United States Attorney

6